**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                    :

In re                    :

                    :   **Case No. 22-11655 (MG)**

**The High Street Inc.**      :

                    :   **Chapter 11**

                    :

           **Debtor.**    :
------------------------------------------------------- x

## <u>NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE</u>

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Jolene Wee**
**447 Broadway Street 2nd Fl #502**
**New York, NY 10013**
**Phone: (646) 204-0033**
**Fax: (646) 810-3989**
**Email: jwee@jw-infinity.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: December 9, 2022
      New York, New York

                                WILLIAM K. HARRINGTON,
                                UNITED STATES TRUSTEE

                  By:     <u>*/s/ Tara Tiantian*</u>
                                Tara Tiantian
                                Trial Attorney
                                Office of the United States Trustee
                                201 Varick St., Room 1006
                                New York, New York 10014
                                (212) 510-0500

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

|  |  |
|---|---|
| In re:<br><br>The High Street, Inc.<br><br>                Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-11655 |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

    (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $575 for work performed in 2022 and $595 for work performed in 2023, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V Trustee in this case pursuant to FRBP 2008.

Dated: December 9, 2022

        */s/ Jolene E. Wee*
        Jolene E. Wee
        JW Infinity Consulting, LLC
        447 Broadway 2nd Fl #502
        New York, NY 10013
        E-mail:      jwee@jw-infinity.com
        Phone:      (929) 502-7715
        Fax:         (646) 810-3989

1